| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | **Efrain Frank Escarfullet II**<br>First Name    Middle Name    Last Name | Social Security number or ITIN: xxx–xx–2501<br>EIN: _ _–_ _ _ _ _ _ _ | |
| Debtor 2:<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN: _ _ _ _<br>EIN: _ _–_ _ _ _ _ _ _ | |
| United States Bankruptcy Court: Southern District of Alabama | | Date case filed for chapter:    13    11/18/25 | |
| Case number: 25–13232 | | | |

## Official Form 309I

# Notice of Chapter 13 Bankruptcy Case

**10/20**

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Efrain Frank Escarfullet II | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 1730 Weaver Dr.<br>Prichard, AL 36613 | |
| 4. | **Debtor's attorney**<br>Name and address | None | Contact phone _____<br><br>Email: |
| 5. | **Bankruptcy trustee**<br>Name and address | Christopher Conte<br>Chapter 13 Trustee's Office<br>P. O. Box 1884<br>Mobile, AL 36633 | Contact phone 251–438–4615<br><br>Email: cconte@ch13mob.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at  https://pacer.uscourts.gov. | John A. Campbell US Courthouse<br>113 St. Joseph Street<br>Mobile, AL 36602 | Hours open:<br>8:30 am to 4:30 pm, M–F – Bring Photo ID – Parking information can be found on the court website at www.alsb.uscourts.gov<br><br>Contact phone (251) 441–5391<br><br>Date: 11/19/25 |

*For more information, see page 2*

Case 25-13232   Doc 7   Filed 11/21/25   Entered 11/21/25 23:22:23   Desc Imaged
Certificate of Notice   Page 1 of 3

| 7. Meeting of creditors | January 8, 2026 at 10:00 AM | Location: |
|---|---|---|
| Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Telephonic – see call in information below** |

### Telephone Conference Information

| Mobile | Debtor(s) Attorney's Last Name: A–J, Q–Z<br>Phone Number: Dial +1(224)501–3412<br>Access Code: 327–031–829# | Debtor(s) Attorney's Last Name: K–O<br>Phone Number: Dial +1(786)535–3211<br>Access Code: 726–368–813# | Debtor(s) Attorney's Last Name: P<br>Phone Number: Dial +1(646)749–3122<br>Access Code: 365–061–301# |
|---|---|---|---|
| **Selma** | Debtor(s) Attorney's Last Name: A–M<br>Phone Number: Dial +1(224)501–3412<br>Access Code: 327–031–829# | Debtor(s) Attorney's Last Name: N–Z<br>Phone Number: Dial +1(786)535–3211<br>Access Code: 726–368–813# | |

| 8. Deadlines | | |
|---|---|---|
| The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:** | **Filing deadline: 3/9/26** |
| | **You must file:** | |
| | • a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or | |
| | • a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 1/27/26** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 5/18/26** |
| | **Deadlines for filing proof of claim:** | |
| | A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |

| 9. Filing of Plan, Hearing on Confirmation of Plan | The debtor has not filed a plan as of this date. A copy of the plan will be sent separately.<br>**Hearing on Confirmation of Plan**<br>The hearing on confirmation will be held: Date: **2/26/26** , Time: **01:30 PM** , Location: **Courtroom 2 West, John Archibald Campbell US Courthouse, 113 St. Joseph Street, Mobile, AL 36602–3606**<br>**DEADLINE**: Objections to confirmation of the Debtor(s) plan must be filed no later than 7 days prior to the confirmation hearing. If an objection is filed, it will be heard at the confirmation hearing. |
|---|---|
| 10. Creditors with a foreign address | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| 11. Filing a chapter 13 bankruptcy case | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. |
| 12. Exempt property | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. |
| 13. Discharge of debts | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline. |

Case 25-13232    Doc 7    Filed 11/21/25    Entered 11/21/25 23:22:23    Desc Imaged
Certificate of Notice    Page 2 of 3

United States Bankruptcy Court

Southern District of Alabama

In re:                                                        Case No. 25-13232-HAC

Efrain Frank Escarfullet, II                                  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 1128-1                    User: admin                              Page 1 of 1

Date Rcvd: Nov 19, 2025                 Form ID: 309I                        Total Noticed: 3

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 21, 2025:**

**Recip ID**        **Recipient Name and Address**

db        + Efrain Frank Escarfullet, II, 1730 Weaver Dr., Prichard, AL 36613-2820

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| tr | + Email/Text: cdownload@ch13mob.com | Nov 20 2025 00:55:00 | Christopher Conte, Chapter 13 Trustee's Office, P. O. Box 1884, Mobile, AL 36633-1884 |
| 4008815 | + EDI: PHINAMERI.COM | Nov 20 2025 05:49:00 | GM Financial, 801 Cherry St, Ste 3500, Fort Worth, TX 76102-6854 |

TOTAL: 2

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 21, 2025        Signature:      /s/Gustava Winters