UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ALABAMA

IN RE:                                                          CASE NO.  25-13232-HAC-13

     Efrain Frank Escarfullet, II

     DEBTOR

**TRUSTEE'S MOTION TO DISMISS**

Christopher Conte, Trustee in this Chapter 13 proceeding, respectfully moves the Court for an order dismissing this case for failure of the Debtor to file the following document(s) as required:

     Plan
     Schedules
     Tax Returns
     Pay Advices
     Schedules A-J, Statement of Financial Affairs, Form 122C.

WHEREFORE, the Trustee moves the Court for an order dismissing this case or for other orders as the Court deems appropriate.

DATED:  December 04, 2025            /s/  Christopher Conte
                                       Christopher Conte
                                       CHAPTER 13 TRUSTEE

**CERTIFICATE OF SERVICE**

I certify that on December 04, 2025, I served a copy of the above motion to the parties listed as follows:

**By Electronic Notification:**

PRO SE

**By First Class Mail:**

Efrain Frank Escarfullet, II
1730 Weaver Dr.
Prichard, AL  36613

                                       /s/  Christopher Conte
                                       Christopher Conte
                                       CHAPTER 13 TRUSTEE