UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ALABAMA

In Re:                                                    Case Number:  25-13232-HAC-13

Efrain Frank Escarfullet, II

      Debtor(s)

### ORDER DISMISSING CHAPTER 13 CASE

This matter is before the Court upon the Trustee's Motion to Dismiss.

The Court finds the case should be dismissed.  It is ORDERED that:

1.  The bankruptcy case is dismissed.

2.  All creditors are to be notified of the dismissal by service upon them by a copy of  this order.

3.  If any filing fees or court costs remain unpaid, the Court retains jurisdiction to collect them.

4.  The debtor is enjoined from filing another chapter 13 case under the provisions of the

Bankruptcy Code in this court for a period of 30 days from the date of this order.

DATED: 01/08/2026

/s/   HENRY A. CALLAWAY
U.S. BANKRUPTCY JUDGE

ORDER PREPARED BY:
Chapter 13 Trustee's Office

United States Bankruptcy Court

Southern District of Alabama

In re:

Efrain Frank Escarfullet, II

    Debtor

Case No. 25-13232-HAC

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 1128-1 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jan 08, 2026 | Form ID: pdfodsm | Total Noticed: 4 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 10, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Efrain Frank Escarfullet, II, 1730 Weaver Dr., Prichard, AL 36613-2820 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | + Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jan 09 2026 00:26:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 4020491 | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jan 09 2026 00:26:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 4008815 | + Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jan 09 2026 00:26:00 | GM Financial, 801 Cherry St, Ste 3500, Fort Worth, TX 76102-6854 |

TOTAL: 3

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 10, 2026      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 8, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Christopher Conte | cconte@ch13mob.com  cdownload@ch13mob.com |

District/off: 1128-1

User: admin

Page 2 of 2

Date Rcvd: Jan 08, 2026

Form ID: pdfodsm

Total Noticed: 4

TOTAL: 1