**Form FINMGMT (12/24)**

# United States Bankruptcy Court
Southern District of Alabama

**Case No.** 25–13232
**Chapter** 13

In re:

Efrain Frank Escarfullet II
1730 Weaver Dr.
Prichard, AL 36613

Social Security No.:
xxx–xx–2501

## NOTICE TO CHAPTER 13 DEBTOR(S) REGARDING
## FINANCIAL MANAGEMENT COURSE REQUIREMENT FOR DISCHARGE

     In order to receive a chapter 13 discharge (release from debt), you must complete a **Personal Financial Management Course and file the Certificate of Financial Management Course Completion** showing that you have done so.  This personal financial management course is different from the credit counseling course you took when you first filed bankruptcy.

     The court's website (www.alsb.uscourts.gov) has a list of online course providers; on the site, go to "General Information," then "Approved Agencies for Credit Counseling and Debtor Education," then "Bankruptcy Administrator's Approved List of Financial Management Course Providers."  You can take the course in person or online and then file the Certificate of Financial Management Course Completion showing you have done so.

     **If you are represented by an attorney, contact him or her about satisfying this course requirement and getting the Certificate of Financial Management Course Completion filed.**

     **Your Certificate of Financial Management Course Completion must be filed before (1) the later of your last plan payment or (2) when you ask the court for a discharge.**

     Unless the judge waives the requirement because of special circumstances, **if you do not satisfy it your bankruptcy case will be closed without your receiving a discharge.**  If that occurs, in order to receive a discharge you must file a motion to reopen your case and pay an additional filing fee.

**Dated:** February 23, 2026

*Andrea D. Redmon*
**CLERK, U.S. BANKRUPTCY COURT**

In re:

Efrain Frank Escarfullet, II

    Debtor

Case No. 25-13232-HAC

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 1128-1 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Feb 23, 2026 | Form ID: finmgmt | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 25, 2026:**

**Recip ID**        **Recipient Name and Address**

db          +  Efrain Frank Escarfullet, II, 1730 Weaver Dr., Prichard, AL 36613-2820

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 25, 2026          Signature:       /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 23, 2026 at the address(es) listed below:**

**Name**        **Email Address**

Christopher Conte

        cconte@ch13mob.com  cdownload@ch13mob.com

TOTAL: 1