**Form FFDUE** (06/19)

# United States Bankruptcy Court

## Southern District of Alabama

In re: Efrain Frank Escarfullet II,
Debtors.

Case No. <u>25–13232</u>

## NOTICE OF FILING FEES DUE FROM DEBTOR(S)

   The court's financial records reflect an outstanding filing fee of $313.00 due for the above referenced bankruptcy case filed on 11/18/25. Debtors are responsible for paying the entire filing fee, regardless of the disposition of a case, unless the court orders otherwise. Pursuant to Federal Rule of Bankruptcy Procedure 1006, the outstanding balance on the filing fee remains due to the court.

   Please pay the outstanding balance. Money orders or cashier's checks should be payable to Clerk, U.S. Bankruptcy Court. Do not send cash through the mail; if you wish to pay cash (exact change required), you must deliver it in person at the Clerk's Office. The Clerk's Office physical and mailing address is:

Clerk of Court
U.S. Bankruptcy Court
113 St. Joseph Street
Mobile, AL 36602

Please attach this notice with your payment. If you have questions, please contact the financial administrator at (251) 436–5426.

Dated: 3/12/26

**ANDREA REDMON**
**CLERK, U.S. BANKRUPTCY COURT**

United States Bankruptcy Court
Southern District of Alabama

In re:                                                                    Case No. 25-13232-HAC
Efrain Frank Escarfullet, II                                              Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 1128-1                          User: admin                          Page 1 of 1
Date Rcvd: Mar 12, 2026                       Form ID: ffdue                        Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 14, 2026:**

**Recip ID**      **Recipient Name and Address**
db      + Efrain Frank Escarfullet, II, 1730 Weaver Dr., Prichard, AL 36613-2820

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 14, 2026      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 12, 2026 at the address(es) listed below:**

**Name**      **Email Address**

Christopher Conte

     cconte@ch13mob.com  cdownload@ch13mob.com

TOTAL: 1